| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Move4All, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
82-2459057

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 535 Cypress Tree Ct. | |
| Orlando, FL 32825 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.moveyoutoday.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Move4All, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4842__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Move4All, Inc.**                                                                                   Case number (*if known*)
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Move4All, Inc.**                                                                                   Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2019**
              MM / DD / YYYY

X **/s/ Curtis D. Hersey**                                                  **Curtis D. Hersey**
  Signature of authorized representative of debtor                          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Aldo G. Bartolone**                                                 Date **December 19, 2019**
  Signature of attorney for debtor                                               MM / DD / YYYY

**Aldo G. Bartolone 173134**
Printed name

**Bartolone Law, PLLC**
Firm name

**1030 N. Orange Avenue**
**Suite 300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 294-4440**         Email address  **aldo@bartolonelaw.com**

**173134 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Move4All, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACE Cash Express, Inc. 1231 Greenway Drive Suite 600 Irving, TX 75038 | | PayDay/Cash Advance Loans | Disputed | | | $2,576.09 |
| Allison Houghton-Green c/o The Orlando Law Group PL 12301 Lake Underhill Rd. Suite 213 Orlando, FL 32828 | | Breach of Contract Lawsuit Pending | Disputed | | | $6,131.72 |
| Amscot Financial Services P.O. Box 25137 Tampa, FL 33622-5137 | | Returned Check Fees | Disputed | | | $3,176.93 |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | | Cell Phone Service Fee | | | | $816.50 |
| Avery Pollock c/o Jeremiah J. Talbott, PA 900 East Moreno Street Pensacola, FL 32503 | | Alleged Unpaid Wages/Fair Labor Standards Act Violations | Unliquidated Disputed | | | $2,589.65 |
| Cassandra Pagan 405 Beth Dr. Sanford, FL 32771 | | Wage & Hour Claim | Unliquidated Disputed | | | $5,000.00 |
| CERTEGY 11601 Roosevelt Blvd. Saint Petersburg, FL 33716 | | Unpaid Check Processing Fees | Disputed | | | $2,361.69 |

Debtor  **Move4All, Inc.**                                     Case number *(if known)*
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase** **Mail Code OH1-1272** **340 S. Cleveland Ave.** **Bldg. 370** **Westerville, OH 43081** | | **Business Credit Card** | | | | $451.47 |
| **Chase** **Mail Code OH1-1272** **340 S. Cleveland Ave.** **Bldg. 370** **Westerville, OH 43081** | | **Business Credit Card** | | | | $3,487.50 |
| **Chris Lapi Moving Supplies** **2950 N. Andrews Ave Ext.** **Suite 100** **Pompano Beach, FL 33064** | | **Vendor Debt** | **Disputed** | | | $1,614.76 |
| **Courtney White** **c/o Trenton H. Cotney** **3110 Cherry Palm Drive** **Suite 290** **Tampa, FL 33619** | | **Alleged Unpaid Wages/Fair Labor Standards Act Violations** | **Unliquidated Disputed** | | | $15,872.52 |
| **Elavon Inc** **Two Concourse Pkwy, Ste 800** **Atlanta, GA 30328** | | **Merchant Fees** | **Disputed** | | | $600.00 |
| **First Collection Services** **P.O. Box 3564** **Little Rock, AR 72203-3564** | | **Advertising Collections** | **Disputed** | | | $528.86 |
| **FMS Inc.** **P.O. Box 707600** **Tulsa, OK 74170-7600** | | **Returned Check Fee** | **Disputed** | | | $1,306.32 |
| **IberiaBank** **200 West Congress Street** **Lafayette, LA 70501** | | **Account Overdraft** | **Disputed** | | | $6,560.06 |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | | **Tax Debt** | | | | $8,305.42 |

Debtor **Move4All, Inc.**　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merchant Advance, LLC** <br> **c/o Empire Recovery Services** <br> **1430 Broadway** <br> **Suite 402** <br> **New York, NY 10018** | | **Merchant Cash Advance** | **Disputed** | | | $14,864.51 |
| **Revenue Systems, Inc.** <br> **P.O. Box 15257** <br> **Clearwater, FL 33766-5257** | | **Insurance Collections** | | | | $2,111.23 |
| **Square Capital LLC** <br> **Attn: Capital Servicing** <br> **29053 Network Place** <br> **Chicago, IL 60673** | | **Merchant Cash Advance** | **Disputed** | | | $36,091.66 |
| **Verizon** <br> **500 Technology Dr.** <br> **Suite 900** <br> **Weldon Spring, MO 63304** | | **Cellular Service Cancellation Fee** | **Disputed** | | | $1,371.72 |

Move4All, Inc.
535 Cypress Tree Ct.
Orlando, FL 32825

Cassandra Pagan
405 Beth Dr.
Sanford, FL 32771

Elavon Inc
Two Concourse Pkwy, Ste 800
Atlanta, GA 30328

Aldo G. Bartolone
Bartolone Law, PLLC
1030 N. Orange Avenue
Suite 300
Orlando, FL 32801

Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111

Fairwinds Credit Union
3087 N. Alafaya Trail
Orlando, FL 32826

ACE Cash Express, Inc.
1231 Greenway Drive
Suite 600
Irving, TX 75038

CERTEGY
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

First Collection Services
P.O. Box 3564
Little Rock, AR 72203-3564

Allison Houghton-Green
c/o The Orlando Law Group PL
12301 Lake Underhill Rd.
Suite 213
Orlando, FL 32828

Certegy Check Services, Inc.
P.O. Box 30031
Tampa, FL 33630-3031

FMS Inc.
P.O. Box 707600
Tulsa, OK 74170-7600

Amscot Financial Services
P.O. Box 25137
Tampa, FL 33622-5137

Chase
Mail Code OH1-1272
340 S. Cleveland Ave.
Bldg. 370
Westerville, OH 43081

IberiaBank
200 West Congress Street
Lafayette, LA 70501

Amscot Financial, Inc.
600 N. Westshore Blvd.
Suite 1200
Tampa, FL 33609

Chris Lapi Moving Supplies
2950 N. Andrews Ave Ext.
Suite 100
Pompano Beach, FL 33064

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Courtney White
c/o Trenton H. Cotney
3110 Cherry Palm Drive
Suite 290
Tampa, FL 33619

JSD Management
1283 College Park Drive
Dover, DE 19904

Audit Systems Incorporated
3696 Ulmerton Road
Suite 200
Clearwater, FL 33762

Dolney Law, PLLC
919 Lake Baldwin Lane
Suite A
Orlando, FL 32814

Merchant Advance, LLC
c/o Empire Recovery Services
1430 Broadway
Suite 402
New York, NY 10018

Avery Pollock
c/o Jeremiah J. Talbott, PA
900 East Moreno Street
Pensacola, FL 32503

DSK Law
P.O. Box 87
Orlando, FL 32802-0087

Real Property Specialists
2345 W. Sand Lake Rd.
Suite 100
Orlando, FL 32809

Revenue Systems, Inc.
P.O. Box 15257
Clearwater, FL 33766-5257

Zelda Johnson
1751 Balsam Ave.
Kissimmee, FL 34758

Square Capital LLC
Attn: Capital Servicing
29053 Network Place
Chicago, IL 60673

Square Inc.
1455 Market Street
Suite 600
San Francisco, CA 94103

Steven Zakharyayev, Esq.
1430 Broadway
Suite 402
New York, NY 10018

Thryv/DexYP
2200 West Airfield Drive
Grapevine, TX 76051

TRS Recovery Services, Inc.
P.O. Box 674169
Marietta, GA 30006

TRS Recovery Services, Inc.
1600 Terrell Mill Road
Marietta, GA 30067

Verizon
500 Technology Dr.
Suite 900
Weldon Spring, MO 63304

Verizon Connect Fleet USA
P.O. Box 347472
Pittsburgh, PA 15251-4472

# United States Bankruptcy Court
## Middle District of Florida

In re  **Move4All, Inc.**                                                                  Case No.
                              Debtor(s)                                                    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Move4All, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 19, 2019** | **/s/ Aldo G. Bartolone** |
| Date | **Aldo G. Bartolone 173134** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Move4All, Inc.** |
| | **Bartolone Law, PLLC** |
| | **1030 N. Orange Avenue** |
| | **Suite 300** |
| | **Orlando, FL 32801** |
| | **(407) 294-4440 Fax:(407) 287-5544** |
| | **aldo@bartolonelaw.com** |