# Move4All

## BALANCE SHEET
As of October 14, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|   Bank Accounts |  |
|     Cash | 0.00 |
|     Chase 3121 | -3,419.50 |
|     Chase Bank  0775 | -1,043.19 |
|     Chase Savings 8613 | 3.75 |
|     Credit Card Savings | 600.00 |
|     Fairwinds 1806 | -1,056.28 |
|     Fairwinds CU 9248 1799 | -479.40 |
|     Fairwinds Savings 1814 | -3.00 |
|     IBeria Bank 0871 | -6,560.76 |
|     Iberia Bank 1  0863 | -193.46 |
|     IBeria Savings  6276 | 10.76 |
|     Move4All (2892) | -3,471.31 |
|     Regions | -7,578.07 |
|   **Total Bank Accounts** | **$ -23,190.46** |
|   Accounts Receivable |  |
|     Accounts Receivable (A/R) | 382.50 |
|   **Total Accounts Receivable** | **$382.50** |
|   Other Current Assets |  |
|     Returned Checks | 0.00 |
|     Undeposited Funds | 410.00 |
|   **Total Other Current Assets** | **$410.00** |
| **Total Current Assets** | **$ -22,397.96** |
|   Fixed Assets |  |
|     Trucks | 45,568.80 |
|     Acc. Depreciation | -34,679.00 |
|   **Total Trucks** | **10,889.80** |
| **Total Fixed Assets** | **$10,889.80** |
| **TOTAL ASSETS** | **$ -11,508.16** |
| **LIABILITIES AND EQUITY** |  |
|   Liabilities |  |
|   Current Liabilities |  |
|     Accounts Payable |  |
|       Accounts Payable (A/P) | -77.50 |
|   **Total Accounts Payable** | **$ -77.50** |
|     Credit Cards |  |
|       Credit Card | 608.24 |
|   **Total Credit Cards** | **$608.24** |
|     Other Current Liabilities |  |
|       Loan Payable  Square | 30,513.17 |

|  | TOTAL |
|---|---:|
| Loan Payable Christian Moving | 0.41 |
| Merchant Advance | 4,800.00 |
| Payroll Liabilities |  |
|   Damages | 1,604.94 |
|   Federal Taxes (941/944) | 16,257.18 |
|   Federal Unemployment (940) | 269.29 |
|   FL Unemployment Tax | 623.70 |
|   Housing Deduction | 200.00 |
| **Total Payroll Liabilities** | **18,955.11** |
| **Total Other Current Liabilities** | **$54,268.69** |
| **Total Current Liabilities** | **$54,799.43** |
| **Total Liabilities** | **$54,799.43** |
| Equity |  |
|   Owner's Pay & Personal Expenses | -23,335.94 |
|   Retained Earnings | -43,000.53 |
|   Net Income | 28.88 |
| **Total Equity** | **$ -66,307.59** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -11,508.16** |