UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | Case No. 6:19-bk-08281 |
| ) | |
| MOVE 4 ALL, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## STATEMENT OF DEBTOR PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Curtis D. Hersey, as President of Move4All, Inc., do hereby declare under penalty of perjury that no Statement of Operations or Cash Flow Statement have been prepared by or on behalf of the Debtor.

Dated: 12/19/19

_____
Curtis D. Hersey, President
Move4All, Inc.