**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MOVE4ALL, INC.

    Debtor,                                                                                                Case No. 6:19-bk-08281-KJ

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    PLEASE TAKE NOTICE that Courtney White ("Creditor"), by and through the undersigned counsel appears as a creditor in this Chapter 11 case.  Furthermore, Creditor requests that all notices given or required to be given and all papers required to be served in this case on Creditor pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be sent to and served upon:

COTNEY CONSTRUCTION LAW LLP
c/o John C. Brock, Jr.
3110 Cherry Palm Dr., Suite 290
Tampa, FL 33619

Dated: December 20, 2019

                                                /s/ John C. Brock, Jr.
                                                John C. Brock, Jr.
                                                Florida Bar No. 0017516
                                                **COTNEY CONSTRUCTION LAW LLP**
                                                3110 Cherry Palm Dr., Suite 290
                                                Tampa, Florida 33619
                                                (813) 579-3278– Fax: (813) 902-7612
                                                jbrock@cotneycl.com
                                                courtfilings@cotneycl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2019, a true and correct copy of the foregoing has been served via CM/ECF transmission to:

Aldo G Bartolone, Jr
Bartolone Law, PLLC
1030 North Orange Avenue, Suite 300
Orlando, FL 32801
*Counsel for Debtor*

Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
*U.S. Trustee*

*All others receiving CM/ECF notice in this matter

/s/ John C. Brock, Jr.
John C. Brock, Jr.
Florida Bar No. 0017516
**COTNEY CONSTRUCTION LAW LLP**
3110 Cherry Palm Dr., Suite 290
Tampa, Florida 33619
(813) 579-3278– Fax: (813) 902-7612
jbrock@cotneycl.com
courtfilings@cotneycl.com