UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Move4All, Inc.,                                    Case No.:  6:19-bk-08281-KJ
                                                   Chapter 11
     Debtor.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Miriam G. Suarez, and files this Notice of Appearance for Purposes of CM/ECF on behalf of Nancy J. Gargula, United States Trustee for Region 21.

DATED:   December 30, 2019

RESPECTFULLY SUBMITTED,

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

By: */s/ Miriam G. Suarez*
Miriam G. Suarez, Trial Attorney
Florida Bar No.:  756105
United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.:  (407) 648-6301, Ext. 126
Facsimile No.:   (407) 648-6323
Miriam.G.Suarez@usdoj.gov