UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:19-bk-8281-KSJ |
| | ) | |
| MOVE4ALL, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF INTENTIONS AND OTHER REQUIRED DOCUMENTS

The Debtor, MOVE4ALL, INC by and through undersigned counsel, hereby moves this court for an Order extending the time for filing the Schedules, Statement of Financial Affairs, Statement of Intensions and other Required Documents, to a date twenty five (25) days from the date Debtor filed its Petition, and in support thereof, further states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 19, 2019 (the "Petition Date").

2. The Debtor needs additional time to compile all documents required to file the Schedules, Statement of Financial Affairs, and other Required Documents.

3. The additional time requested will extend the due date for Schedules, Statement of Financial Affairs, Statement of Intentions and Other Required Documents to January 13, 2020.

WHEREFORE, the Debtor, MOVE4ALL, INC respectfully requests this Honorable Court enter an Order extending the time for filing the Schedules, Statement of Financial Affairs, and other Required Documents to January 13, 2020, and granting any such further relief that this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF or United States Mail, first class and postage prepaid, to all Parties-In-Interest listed on the attached Mailing Matrix this 31st day of December, 2019.

                                                                                   */s/ Aldo G. Bartolone, Jr.*
                                                                                    ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 294-4440
Facsimile: (407) 287-5544
E-mail: aldo@bartolonelaw.com
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-08281-KJ<br>Middle District of Florida<br>Orlando<br>Tue Dec 31 08:52:23 EST 2019 | Cotney Construction Law LLP<br>3110 Cherry Palm Dr. Suite 290<br>Tampa, FL 33619-8339 | Move4All, Inc.<br>535 Cypress Tree Ct.<br>Orlando, FL 32825-4802 |
| ACE Cash Express, Inc.<br>1231 Greenway Drive<br>Suite 600<br>Irving, TX 75038-2511 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Allison Houghton-Green<br>c/o The Orlando Law Group PL<br>12301 Lake Underhill Rd.<br>Suite 213<br>Orlando, FL 32828-4511 |
| Amscot Financial Services<br>P.O. Box 25137<br>Tampa, FL 33622-5137 | Amscot Financial, Inc.<br>600 N. Westshore Blvd.<br>Suite 1200<br>Tampa, FL 33609-1117 | Audit Systems Incorporated<br>3696 Ulmerton Road<br>Suite 200<br>Clearwater, FL 33762-4237 |
| Avery Pollock<br>c/o Jeremiah J. Talbott, PA<br>900 East Moreno Street<br>Pensacola, FL 32503-5269 | CERTEGY<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716-2202 | Cassandra Pagan<br>405 Beth Dr.<br>Sanford, FL 32771-3725 |
| Celtic Bank<br>268 South State Street<br>Suite 300<br>Salt Lake City, UT 84111-5314 | Certegy Check Services, Inc.<br>P.O. Box 30031<br>Tampa, FL 33630-3031 | Chase<br>Mail Code OH1-1272<br>340 S. Cleveland Ave.<br>Bldg. 370<br>Westerville, OH 43081-8917 |
| Chris Lapi Moving Supplies<br>2950 N. Andrews Ave Ext.<br>Suite 100<br>Pompano Beach, FL 33064-2113 | Courtney White<br>c/o Cotney Construction Law LLP<br>3110 Cherry Palm Dr., Suite 290<br>Tampa, FL 33619-8339 | Courtney White<br>c/o Trenton H. Cotney<br>3110 Cherry Palm Drive<br>Suite 290<br>Tampa, FL 33619-8339 |
| DSK Law<br>P.O. Box 87<br>Orlando, FL 32802-0087 | Dolney Law, PLLC<br>919 Lake Baldwin Lane<br>Suite A<br>Orlando, FL 32814-6437 | Elavon Inc<br>Two Concourse Pkwy, Ste 800<br>Atlanta, GA 30328-5588 |
| FMS Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | (p)FAIRWINDS CREDIT UNION<br>3075 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3259 | First Collection Services<br>P.O. Box 3564<br>Little Rock, AR 72203-3564 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | IberiaBank<br>200 West Congress Street<br>Lafayette, LA 70501-6873 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JSD Management<br>1283 College Park Drive<br>Dover, DE 19904-8713 | Merchant Advance, LLC<br>c/o Empire Recovery Services<br>1430 Broadway<br>Suite 402<br>New York, NY 10018-3371 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |

```
Real Property Specialists              Revenue Systems, Inc.                 Square Capital LLC
2345 W. Sand Lake Rd.                  P.O. Box 15257                        Attn: Capital Servicing
Suite 100                              Clearwater, FL 33766-5257             29053 Network Place
Orlando, FL 32809-9120                                                       Chicago, IL 60673-1290


Square Inc.                            Steven Zakharyayev, Esq.              TRS Recovery Services, Inc.
1455 Market Street                     1430 Broadway                         1600 Terrell Mill Road
Suite 600                              Suite 402                             Marietta, GA 30067-8302
San Francisco, CA 94103-1332           New York, NY 10018-3371


TRS Recovery Services, Inc.            Thryv/DexYP                           United States Trustee - ORL
P.O. Box 674169                        2200 West Airfield Drive              Office of the United States Trustee
Marietta, GA 30006-0070                Grapevine, TX 76051                   George C Young Federal Building
                                                                             400 West Washington Street, Suite 1100
                                                                             Orlando, FL 32801-2210


Verizon                                Verizon Connect Fleet USA             Zelda Johnson
500 Technology Dr.                     P.O. Box 347472                       1751 Balsam Ave.
Suite 900                              Pittsburgh, PA 15251-4472             Kissimmee, FL 34758-2339
Weldon Spring, MO 63304-2225


Aldo G Bartolone Jr
Bartolone Law, PLLC
1030 North Orange Avenue, Suite 300
Orlando, FL 32801-1004
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Fairwinds Credit Union
3087 N. Alafaya Trail
Orlando, FL 32826
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)Cotney Construction Law LLP         (d)Internal Revenue Service           (d)Courtney White
3110 Cherry Palm Dr., Suite 290        Post Office Box 7346                  c/o Cotney Construction Law
Tampa, FL 33619-8339                   Philadelphia PA 19101-7346            3110 Cherry Palm Dr., Suite 290
                                                                             Tampa, FL 33619-8339
```

```
End of Label Matrix
Mailable recipients     42
Bypassed recipients      3
Total                   45
```